BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
    Email:  twarren@buchalter.com
ZACHARY L. SPEAR (SBN: 306859)
    Email:  zspear@buchalter.com
655 West Broadway, Suite 1600
San Diego, CA  92101
Telephone: 619.219.5335

Attorneys for Defendant
PCH BEACH RESORT, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PCH BEACH RESORT, LLC, a Delaware Limited Liability Company; and DOES 1-10;<br><br>    Defendants. | CASE NO. 8:21-cv-00081<br><br>**DEFENDANT PCH BEACH RESORT, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1331, 1367 (CIVIL ACTION ARISING UNDER THE LAWS OF THE UNITED STATES)**<br><br>Orange County Superior Court No. 30-2020-01168522-CU-CR-CJC |

**TO THE CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant PCH BEACH RESORT, LLC, a Delaware limited liability company ("Defendant"), hereby removes the state court action described below from the Superior Court of the State of California for the County of Orange to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331 and 1367.

**I.    JURISDICTIONAL STATEMENT**

This action is a civil action arising under the Americans with Disabilities Act, 42 U.S.C. § 12101, et seq.  Accordingly this Court has original jurisdiction

pursuant to 28 U.S.C. § 1331, and it has supplemental jurisdiction over the related state law claim (Unruh Civil Rights Act, Cal. Civ. Code §§ 51-53) pursuant to 28 U.S.C. § 1367.

## II.  COMPLIANCE WITH STATUTORY REQUIREMENTS FOR REMOVAL

1. On November 4, 2020, Plaintiff Orlando Garcia ("Plaintiff") filed a complaint ("Complaint") in the Superior Court of the State of California for the County of Orange styled *Orlando Garcia v. PCH Beach Resort, LLC*, Case No. 30-2020-01168522-CU-CR-CJC ("Action"). True and correct copies of the Complaint, Civil Case Cover Sheet, and Summons are attached hereto as **Exhibit "A."** The Complaint alleges two causes of action: (1) Violation of the Americans With Disabilities Act of 1990 and (2) Violation of the Unruh Civil Rights Act. The Complaint alleges both causes of action against "all Defendants" and seeks injunctive relief, statutory damages, attorney fees, litigation expenses, and costs of suit.

2. Defendant received a copy on or about December 30, 2020, and a copy was then forwarded to Defendant's counsel on January 4, 2021. (Declaration of Zachary L. Spear ["Spear Decl."] at ¶ 3.)

3. Plaintiff did not timely file a proof of service of process within 60 days of filing of the Complaint as required by California Rule of Court 3.110(b). Defendant's counsel was provided with a draft of a Proof of Service via email on January 8, 2021. A true and correct copy of the email is attached hereto as **Exhibit "B,"** and a true and correct copy of the draft Proof of Service is attached hereto as **Exhibit "C."** As of the date of the filing of this Notice of Removal, Defendant has not received a conformed copy of Exhibit C. According to the draft Proof of Service, Defendant was served via substituted service on December 15, 2020, the date a copy of the documents was left with an "executive assistant", followed by mailing a copy of the documents to the person to be served on December 16, 2020. (Exhibit C.) By operation of California law, service is deemed complete on the tenth day after

mailing: Saturday, December 26, 2020.  California Code of Civil Procedure § 415.20(a).

4. Defendant's removal is timely because it was filed within 30 days after Defendant received a copy of Plaintiff's Complaint containing its request for relief under federal law, from which Defendant ascertained that the case is removable to this Court.  28 U.S.C. § 1331.

5. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written Notice of Removal of this Action to Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of California for the County of Orange.

6. Pursuant to Rule 5(d) of the Federal Rules of Civil Procedure, Defendant will file with this Court a Certificate of Service of Notice to Adverse Parties of Removal to Federal Court.

7. The jurisdiction of the United States District Court for the Central District of California includes the County of Orange.  Accordingly, this Court is a proper venue for this Action pursuant to 28 U.S.C. §§ 84(c) and 1441(a).

8. Plaintiff does not allege the location of his residence other identifying the state of California.  (Complaint at ¶ 1.)

9. Defendant is, and was at the commencement of the Action, a limited liability company formed under the laws of Delaware with its principal place of business in the state of California.  (Complaint at ¶ 2.)

10. Copies of all other documents that have been filed in the Action are attached hereto as **Exhibit "D."**

III. **STATEMENT OF THE GROUNDS FOR REMOVAL**

11. Defendant removes this case pursuant to 28 U.S.C. § 1331.  Removal is proper because Plaintiff alleges claims arising from the Americans With Disabilities Act, codified at 42 U.S.C. § 12101, et seq., and because Defendant is timely filing this Notice of Removal within 0 days of its receipt of a copy of Plaintiff's Complaint.

12. **WHEREFORE**, Defendant prays that the state court action now pending against it in the Superior Court for the State of California for the County of Orange be removed to this United States District Court for the Central District of California

DATED: January 14, 2021

BUCHALTER
A Professional Corporation

By: _____
TRACY A. WARREN
ZACHARY L. SPEAR
Attorneys for Defendant
PCH BEACH RESORT, LLC