UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 21-00081-DOC-(JDEx) | Date | March 30, 2021 |
|---|---|---|---|
| Title | Orlando Garcia v. PCH Beach Resort, LLC. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Deputy Clerk

Debbie Gale
Court Reporter

ATTORNEY PRESENT
FOR PLAINTIFF:

ATTORNEY PRESENT
FOR DEFENDANT:

Raymond Ballister

Tracy Warren

**PROCEEDINGS:** Scheduling Conference and Motion hearing (Completed)     (EVIDENTIARY)

    Case called.  Court and counsel confer re: Deft's Motion to Dismiss Case Plaintiff's First Amended Complaint filed by Defendant PCH Beach Resort LLC. [18].  Exhibit 6 is identified and admitted into evidence. For the reasons stated on the record, the Court GRANTS the Deft's Motion to Dismiss Case Plaintiff's First Amended Complaint filed by Defendant PCH Beach Resort LLC.   [18].

    Plaintiff Submits to the Courts Ruling Granting Defendants Motion to Dismiss Plaintiffs First Amended Complaint.   This case is administratively closed.

    IT IS SO ORDERED.

: 26/26

| | Initials of Deputy Clerk | kd |
|---|---|---|

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 21-00081-DOC-(JDEx) | Date | March 30, 2021 |
|---|---|---|---|
| Title | Orlando Garcia v. PCH Beach Resort, LLC. | | |